**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KIRK MCFIELD,                       ) | |
|              ) | |
|         Plaintiff,    ) | |
|            ) | Case No. 1:21-cv-04440 |
|      v.           ) | |
|            ) | |
|            ) | (Removed from the Circuit Court of Cook |
| FORD MOTOR COMPANY, a Delaware   ) | County, Illinois; No. 2021L007242) |
| corporation, and ROBERT DENARDO,   ) | |
|            ) | |
|       Defendant.   ) | |

---

## DEFENDANT FORD MOTOR COMPANY'S NOTICE OF REMOVAL

---

TO THE CLERK OF THIS COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      **PLEASE TAKE NOTICE** that Defendant Ford Motor Company ("Ford" or "Defendant"), by and through its undersigned counsel of record and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby removes to this Court the state court action originally commenced in the Circuit Court of Cook County, Illinois styled *Kirk McField v. Ford Motor Company, et al.,* Case No. 2021L007242. Ford removes this case on the grounds of federal diversity jurisdiction.

      **PLEASE TAKE FURTHER NOTICE** that a copy of this Notice of Removal is being served upon all other parties and is attached to the Notice of Removal of Action to Federal Court being filed with the Clerk of the Circuit Court of Cook County, Illinois.

      In support of removal, Ford avers as follows:

1.      Plaintiff Kirk McField ("Plaintiff") filed an action styled *Kirk McField v. Ford Motor Company, a Delaware corporation, and Robert Denardo,* Case No. 2021L007242, in the Circuit Court of Cook County, Illinois, on July 16, 2021. As required under § 1446(a), copies of all process, pleadings and orders served on Defendant are attached as <u>Exhibit 1</u>.

2.      In Plaintiff's Complaint at Law ("Complaint"), included herewith as <u>Exhibit 1</u>, Plaintiff purports to assert claims of retaliatory discharge (against Defendant Ford) and defamation (against Defendants Ford and Denardo) under Illinois law.

3.      As more fully set forth below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because Defendant has satisfied the procedural requirements for removal, and this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332, diversity jurisdiction.

4.      The undersigned counsel is authorized by Defendant to file this Notice of Removal and is a member of the Bar of this Court.

## PROCEDURAL STATEMENT

5.      Ford was served with Plaintiff's Summons and Complaint on July 23, 2021. *See* <u>Exhibit 1</u>. Therefore, this Notice of Removal has been timely filed within 30 days of service pursuant to 28 U.S.C. § 1446(b).  *See Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999) (notice of removal is timely under 28 U.S.C. § 1446(b) if filed within 30 days after service of the complaint).

6.      Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of the Summons and Complaint are attached hereto as <u>Exhibit 1</u>. Defendant has not yet answered the Complaint.

7.      On August 12, 2021, Ford communicated with Defendant Denardo, and he confirmed that he has <u>not</u> been served with the lawsuit. Although Plaintiff apparently attempted

service on Defendant Denardo via delivery to CT Corporation (see Exhibit 2[1]), this service was ineffective on Defendant Denardo, who has never appointed CT Corporation as his agent. *See* F.R.C.P. 4(e). Because Defendant Denardo has not been served, Denardo's consent to this removal is not required. *See Howard v. Riley*, No. 13–CV–1231, 2013WL4201409, *2 (C.D. Ill. Aug. 14, 2013) ("a named defendant that was not properly served prior to the filing of the notice of removal does not need to consent to the removal"). However, Defendant Denardo does consent to the removal. His consent is attached hereto as Exhibit 3.

8.      Pursuant to 28 U.S.C. § 1441(a), venue in the United States District Court for the Northern District of Illinois, Eastern Division, is proper because the district and division embrace the Circuit Court of Cook County, Illinois, where this action is currently pending.

9.      Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly file a copy of this Notice of Removal in the Circuit Court of Cook County and give written notice of the removal to the Plaintiff and Defendant Denardo.

## DIVERSITY JURISDICTION

10.      This Court also has original jurisdiction pursuant to 28 U.S.C. § 1332(a) because there is complete diversity among the properly joined parties and the amount in controversy exceeds $75,000, exclusive of interest and costs. 28 U.S.C. § 1332(a).

11.      Based upon the allegations in his Complaint, Plaintiff is a citizen of the State of Illinois.  Complaint ¶ 7.

12.      Defendant Denardo is an hourly employee of Ford. Denardo resides in the State of Indiana and is a citizen of the State of Indiana.

---

[1] Plaintiff appears to have attempted service on both Ford and Denardo at CT Corporation at 208 S. LaSalle St. in Chicago. While CT Corporation is Ford's registered agent, it is not Denardo's, nor is Derrick Hackett, the individual (believed to be a CT Corporation employee) with whom the summons was apparently left. Moreover, the Affidavit of Service on Denardo checks the box for service on a corporation, company, business, or partnership; Denardo is an individual.

13.    Ford is incorporated under the laws of the State of Delaware, with its principal place of business in the State of Michigan, where it is headquartered.

14.    Thus, pursuant to 28 U.S.C. § 1332(c)(1), Ford is a citizen of Delaware and Michigan. Ford is not a citizen of Illinois.

15.    Therefore, complete diversity exists because Plaintiff (Illinois), Ford (Delaware and Michigan), and Denardo (Indiana) are citizens of different states. 28 U.S.C. § 1332(a)(1).

16.    The amount in controversy exceeds $75,000, exclusive of interest and costs. Specifically, Plaintiff requests an award in excess of $50,000 for emotional stress and mental anguish and in excess of $100,000 for punitive damages for *each* of his two claims, in addition to back and front pay and other compensatory damages. Compl. Counts I and II; *Chase v. Shop "N Save Warehouse Foods, Inc.*, 110 F.3d 424, 427 (7th Cir. 1997) ("The starting point in determining the amount in controversy is typically the face of the complaint, where the plaintiff indicates the claim's value in her request for relief.").

## CONCLUSION

17.    Because there exists complete diversity of citizenship and the amount in controversy is in excess of $75,000, exclusive of interest and costs, this Court also has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a). As a result, this action is removable pursuant to 28 U.S.C. § 1441(a).

WHEREFORE, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant respectfully removes to federal court the above-captioned civil action, which is currently pending in the Circuit Court of Cook County, Illinois.

Dated:  August 20, 2021                     Respectfully submitted:

**BERKOWITZ OLIVER LLP**

By: ___/s/ Kathleen M. Nemechek_____
    Kathleen M. Nemechek, MO Bar # 50139
    Megan D. Costello, MO Bar # 68862
    2600 Grand Boulevard, Suite 1200
    Kansas City, Missouri 64108
    Telephone:  (816) 561-7007
    Facsimile:  (816) 561-1888
    knemechek@berkowitzoliver.com
    mcostello@berkowitzoliver.com

      -and-

    Karen Kies DeGrand, ARDC # 6191140
    Mark H. Boyle, ARDC # 6200934
    Curtiss S. Schreiber, ARDC # 6306945
    Donohue Brown Mathewson & Smyth LLC
    140 S. Dearborn, Suite 800
    Chicago, Illinois 60603
    Telephone:  (312) 422-0900
    Facsimile:  (312) 422-0909
    degrand@dbmslaw.com
    boyle@dbmslaw.com
    schreiber@dbmslaw.com

    *Attorneys for Defendant Ford Motor Company*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2021, I electronically filed the foregoing Notice of Removal with the Clerk of the Court using the CM/ECF system. I hereby certify that I have also caused to be mailed by United States Postal Service the foregoing document to the following:

Ronald J. Broida
Joseph K. Nichele
Broida and Nichele, Ltd.
1250 East Diehl Road, Suite 108
Naperville, Illinois 60563
Telephone:   (630) 245-1515
Facsimile:   (630) 245-1565
lawyers@broida-law.com

**Attorneys for Plaintiff**

/s/ Kathleen M. Nemechek
**Attorney for Defendant Ford Motor Company**