# EXHIBIT 1

FILED DATE: 7/16/2021 4:07 PM   2021L007242

FILED
7/16/2021 4:07 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L007242

14076909

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| KIRK MCFIELD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. **2021L007242** ) |
| FORD MOTOR COMPANY, a Delaware corporation, and ROBERT DENARDO, | ) ) ) ) |
| Defendants. | ) ) |

## VERIFIED COMPLAINT AT LAW

Kirk McField, by his attorneys, Broida and Nichele, Ltd., for his Verified Complaint at Law against Ford Motor Company, a Delaware corporation, and Robert Denardo, states:

### FACTS COMMON TO ALL COUNTS

**A.    Nature of Action.**

1.    Kirk McField ("McField") was employed by Ford Motor Company ("Ford") until November 10, 2020. On or about October 27, 2020, McField's supervisor, Robert Denardo ("Denardo") ordered McField to falsify welding reports that were generated to protect public safety. McField refused and Denardo falsely informed the human resource department at the Ford assembly plant that McField had assaulted him. Upon reporting Denardo's demand that McField falsify the safety documents to the human resource department, McField was fired supposedly because he had "touched" Denardo. McField brings this action alleging retaliatory discharge after reporting Denardo's demand that he falsify reports (Count I) and for defamation (Count II).

**B.    The Parties.**

2.    McField currently resides in Calumet City, Illinois, and was employed as an electrician by Ford at its assembly plant located at the commonly known address of 12600 S. Torrence Avenue, Chicago, Illinois, from April 23, 2012 through November 10, 2020.

FILED DATE: 7/16/2021 4:07 PM 2021L007242

3. Ford is a Delaware corporation that is in the business of manufacturing automobiles. Ford owns and operates an assembly manufacturing plant located at 12600 S. Torrence Avenue, Chicago, Cook County, Illinois.

4. On information and belief, Denardo resides in Cook County, and at all times pertinent, was a supervisor at the Ford assembly plant, located in Chicago, Illinois.

**C.     Jurisdiction and Venue.**

5. Jurisdiction is proper in this Court pursuant to 735 ILCS 5/2-209 because McField and Denardo are residents of the State of Illinois, Ford operates an assembly plant in the State of Illinois, and the facts giving rise to claims alleged herein occurred in the state.

6. Venue is appropriate in this Court pursuant to 735 ILCS 5/2-101 because Denardo resides in Cook County, Illinois, Ford operates an assembly plant in Cook County, Illinois, and all the facts giving rise to this suit took place within the county.

**D.     Denardo demands McField falsify report.**

7. On April 23, 2012, McField was hired by Ford as an electrician in its assembly plant located in Chicago, Illinois.

8. McField's duties included: to run the roof line production line; to observe and facilitate any corrections needed to maintain production schedules; to notify and call any problems that would impede production of vehicles; to monitor welding robots, sealer applying robots and roofing robots; and to upkeep and maintain that area.

9. At all times pertinent from the time that he was hired until his termination on November 10, 2020, McField was a stellar employee and satisfactorily performed his job duties.

10. On or about October 27, 2020, McField's direct supervisor was Denardo.

11. On or about October 27, 2020, Denardo approached McField and instructed him to backdate certain welding reports that were generated to monitor automated robots performing welding functions within the plant.

12. The welding reports are supposed to be generated each month and reflect the data from the automated welding robots to ensure that the robots are welding pursuant to required strength and specifications. The welding reports are generated each month and are supposed to be reviewed by Denardo to ensure that the robots are operating properly and that the welding is being completed according to the appropriate specifications.

13. The welding reports are vital to ensure the automobiles are being manufactured to the appropriate safety standards.

14. On information and belief, on October 27, 2020, Denardo had not reviewed or signed off on the welding reports for several months. Thus, at that time, he instructed McField to sign the reports and to backdate them to falsify the documents to reflect that they had been reviewed in a timely manner when they had not.

15. On information and belief, prior to approaching McField, Denardo had attempted to have other electricians falsify the reports, but those electricians refused.

16. McField also refused to falsify the report and informed Denardo that he would be informing human resources about Denardo's instruction for him to do so.

**E.    Denardo falsely accuses McField of assulting him.**

17. Before McField could inform the human resource department about Denardo's instruction for him to falsify the welding reports, McField was contacted by the human resource department and informed that Denardo had accused McField of head-butting him.

18. Denardo's accusation was false, and at no time prior, had McField touched Denardo in any way.

3

19. Apparently, before McField could report Denardo for instructing him to falsify the welding reports, Denardo had immediately rushed to the human resource department to falsely accuse McField of head-butting him in order to prevent McField from reporting Denardo's misconduct.

20. Upon being contacted by the human resource department, McField immediately reported Denardo's instruction that he falsify the welding reports.

21. As a result of Denardo's false accusation, McField was suspended, and on November 10, 2020, McField was informed by the human resource department that his employment had been terminated.

## COUNT I
### (Retaliatory Discharge – Common Law Whistle Blowing)

1-21. The allegations in paragraphs 1 through 21 are re-alleged as paragraphs 1 through 21 of Count I.

22. On November 10, 2020, McField was discharged from his employment at Ford.

23. His discharge was in retaliation for refusing to falsify the welding reports and reporting Denardo's instruction for him to do so.

24. At all times McField was performing his job duties in a satisfactory manner.

25. McField did not at any time come in contact with or physically touch Denardo, and Denardo's allegation was untrue. Thus, the alleged reason for McField's termination was pretext for retaliatory discharge for the reporting of Denardo's instruction for McField to falsify documents.

26. McField's discharge violated a clear mandate of public policy in that the welding reports ensure that automobiles are manufactured correctly to ensure the safety of customers who purchase the automobiles and drive them and others on the road. The failure to review the welding reports to ensure that all welding specifications are being complied with, potentially allows for

4

automobiles not manufactured properly to be sold and has the potential of adversely affecting the health and safety of drivers of those automobiles and others on the road.

27. As a direct and proximate result of Ford's retaliatory discharge, McField has suffered injuries, including but not limited to, pain, suffering, emotional distress and mental anguish, loss of normal life, loss of employment, lost wages, lost benefits, attorney's fees and court costs and other compensation.

28. The conduct of Ford was so outrageous that an award of compensatory damages is inadequate and punitive damages should be awarded to punish Ford for its misconduct.

WHEREFORE, Kirk McField prays for judgment in his favor and against Ford Motor Company, a Delaware corporation, for: (a) all back pay, front pay, lost benefits, and compensation for his out-of-pocket damages and losses and the emotional stress and mental anguish in an amount in excess of $50,000.00; (b) punitive damages in an award in excess of $100,000.00; and (c) any other relief this Court deems equitable and just.

## COUNT II
**(Defamation Against Ford and Denardo)**

1-28. The allegations in paragraphs 1 through 28 of Count I are re-alleged as paragraphs 1 through 28 of Count II.

29. On or about October 27, 2020, Denardo told the human resource department and McField's coworkers that McField had head-butted him.

30. Such statement was untrue and false, and was made with the sole intention of impeding McField in reporting Denardo's demand that he falsify the welding reports.

31. Further, Denardo's statements to the human resource department and McField's coworkers were defamatory *per se* as the statements imputed (1) that McField was unable to perform or lacked integrity in performing his employment duties, and (2) that he lacked the ability or otherwise prejudiced him in his profession.

5

32. The statements made by Denardo were not privileged, were untrue, and made with the direct intention to injure Denardo or were made with reckless disregard of McField's rights and of the consequences that were a result to him.

33. At all times Denardo was acting within the scope of his employment at Ford.

34. As a direct and proximate result of Denardo's defamation, McField has suffered injuries, including but not limited to, pain, suffering, emotional distress and mental anguish, loss of normal life, loss of employment, lost wages, lost benefits, attorney's fees and court costs and other compensation.

35. The conduct of Denardo and Ford was so outrageous that an award of compensatory damages is inadequate and punitive damages should be awarded to punish Denardo and Ford for their misconduct.

WHEREFORE, Kirk McField prays for judgment in his favor and against Ford Motor Company, a Delaware corporation, for: (a) all back pay, front pay, lost benefits, and compensation for his out-of-pocket damages and losses and the emotional stress and mental anguish in an amount in excess of $50,000.00; (b) punitive damages in an award in excess of $100,000.00; and (c) any other relief this Court deems equitable and just.

KIRK MCFIELD,

By: /s/ Joseph K. Nichele
One of His Attorneys

FILED DATE: 7/16/2021 4:07 PM   2021L007242

Under penalties of perjury as provided by law pursuant to section 1-109 of the Code of Civil Procedure, the undersigned certifies that pursuant to Illinois Supreme Court Rule 222(b), the total of money damages sought by Plaintiff exceeds $50,000.00.

                                        /s/ Joseph K. Nichele
                                        Joseph K. Nichele

FILED DATE: 7/16/2021 4:07 PM  2021L007242

Under penalties of perjury as provided by law pursuant to section 1-109 of the Code of Civil of Procedure, the undersigned certifies that the that the statements set forth in this instrument are true and correct except as to matters therein stated to be on information and belief and as to such matters, the undersigned certifies as aforesaid that he verily believes the same to be true.

*Kirk McField*

Kirk McField

Broida and Nichele, Ltd.
Ronald J. Broida
Joseph K. Nichele
Attorneys for Plaintiff
1250 East Diehl Road, Suite 108
Naperville, Illinois 60563
(630) 245-1515
(630) 245-1565 (FAX)
lawyers@broida-law.com
Atty. No. 49085

Civil Action Cover Sheet - Case Initiation  (12/01/20) CCL 0520

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

KIRK MCFIELD,

v.

FORD MOTOR COMPANY, a Delaware corporation, and ROBERT DENARDO

FILED
7/16/2021 4:07 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L007242

14076909

No. 2021L007242

### CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand  ❑ Yes   ❑ No

**PERSONAL INJURY/WRONGFUL DEATH**
CASE TYPES:
❑ 027  Motor Vehicle
❑ 040  Medical Malpractice
❑ 047  Asbestos
❑ 048  Dram Shop
❑ 049  Product Liability
❑ 051  Construction Injuries
         (including Structural Work Act, Road
         Construction Injuries Act and negligence)
❑ 052  Railroad/FELA
❑ 053  Pediatric Lead Exposure
❑ 061  Other Personal Injury/Wrongful Death
❑ 063  Intentional Tort
❑ 064  Miscellaneous Statutory Action
         (Please Specify Below**)
❑ 065  Premises Liability
❑ 078  Fen-phen/Redux Litigation
❑ 199  Silicone Implant

**TAX & MISCELLANEOUS REMEDIES**
CASE TYPES:
❑ 007  Confessions of Judgment
❑ 008  Replevin
❑ 009  Tax
❑ 015  Condemnation
❑ 017  Detinue
❑ 029  Unemployment Compensation
❑ 031  Foreign Transcript
❑ 036  Administrative Review Action
❑ 085  Petition to Register Foreign Judgment
❑ 099  All Other Extraordinary Remedies

(FILE STAMP)

**COMMERCIAL LITIGATION**
CASE TYPES:
❑ 002  Breach of Contract
❑ 070  Professional Malpractice
         (other than legal or medical)
❑ 071  Fraud (other than legal or medical)
❑ 072  Consumer Fraud
❑ 073  Breach of Warranty
❑ 074  Statutory Action
         (Please specify below.**)
❑ 075  Other Commercial Litigation
         (Please specify below.**)
☒ 076  Retaliatory Discharge

**OTHER ACTIONS**
CASE TYPES:
❑ 062  Property Damage
❑ 066  Legal Malpractice
❑ 077  Libel/Slander
❑ 079  Petition for Qualified Orders
❑ 084  Petition to Issue Subpoena
❑ 100  Petition for Discovery

** _____

Primary Email: lawyers@broida-law.com

Secondary Email: _____

Tertiary Email: _____

By: Joseph K. Nichele
     (Attorney)                    (Pro Se)

**Pro Se Only:** ❑ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice form the **Clerk's Office** for this case at this email address: _____

IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Page 1 of 1

FILED
7/16/2021 4:07 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L007242

14076909

| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
|---|---|---|
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | (03/15/21) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

KIRK MCFIELD

Plaintiff(s)

v.

FORD MOTOR COMPANY,
a Delaware corporation, and
ROBERT DENARDO

Case No. 2021L007242

Ford Motor Company and
Robert Denardo, c/o
C T Corporation System
208 SO LaSalle St., Suite 814
Chicago, IL 60604

Defendant(s)

Address of Defendant(s)

Please serve as follows (check one):   ○ Certified Mail   ● Sheriff Service   ○ Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

**THERE IS A FEE TO FILE YOUR APPEARANCE.**

**FILING AN APPEARANCE:** Your appearance date is NOT a court date. It is the deadline for filing your appearance/answer. To file your appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE, unless you are unable to eFile your appearance/answer.** You can download an Appearance form at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp. After completing and saving your Appearance form, you can electronically file (e-File) it with the circuit clerk's office.

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois

cookcountyclerkofcourt.org

Page 1 of 3

Summons - Alias Summons  (03/15/21) CCG 0001 B

**E-FILING:** E-filing is now mandatory with limited exemptions. To e-File, you must first create an account with an e-Filing service provider. Visit http://efile.illinoiscourts.gov/ service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-Filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

**FEE WAIVER:** If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

**COURT DATE:** Your court date will be sent to your e-File email account or the email address you provided to the clerk's office. You can also call or email the clerk's office to request your next court date. You will need to provide your case number OR, if unknown, the name of the Plaintiff or Defendant. For criminal case types, you will also need to provide the Defendant's birthdate.

**REMOTE APPEARANCE:** You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance". Call the Circuit Clerk at (312) 603-5030 or visit their website at www.cookcountyclerkofcourt.org to find out how to do this.

Contact information for each of the Clerk's Office locations is included with this summons. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

● Atty. No.: 49085
○ Pro Se 99500

Name: Broida and Nichele, Ltd.
Atty. for (if applicable): Plaintiff
Address: 1250 East Diehl Road, Suite 108
City: Naperville
State: IL   Zip: 60563
Telephone: 630-245-1515
Primary Email: lawyers@broida-law.com

Witness date: 7/16/2021 4:07 PM IRIS Y. MARTINEZ

Iris Y. Martinez, Clerk of Court
☐ Service by Certified Mail:
☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info: (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6441

### ALL SUBURBAN CASE TYPES
### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info: (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info: (847) 818-3000

### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info: (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info: (708) 974-6500

### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info: (708) 232-4551

FILED DATE: 7/16/2021 4:07 PM 2021L007242



# SHERIFF'S OFFICE OF COOK COUNTY
## AFFIDAVIT OF SERVICE

**CASE NUMBER:** 2021L007242  **SHERIFF NUMBER:** 50091814  **MULT. SER.:** 2  **DOC. TYPE:** LAW
**DIE DATE:** 08/08/2021  **RECEIVED DATE:** 07/21/2021  **FILED DATE:** 07/16/2021  **DIST:** 604

| | |
|---|---|
| **DEFENDANT:** FORD MOTOR COMPANY | **PLAINTIFF:** MCFIELD, KIRK |
| **ADDRESS:** 208 S LaSalle | **ATTORNEY:** BROIDA AND NICHELE LTD |
| **CITY:** Chicago | **ADDRESS:** 208 E Diehl Road RD 108 |
| **STATE:** IL  **ZIP CODE:** 60604 | **CITY:** NAPERVILLE |
| **ATTACHED FEE AMT:** | **STATE:** IL  **ZIP CODE:** 60563 |
| **SERVICE INFORMATION:** R/A: CT Corp System | |

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

☐ **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

☐ **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE DAY OF ___ 20.

☐ **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

☑ **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ___ COMPANY ___ BUSINESS ___ PARTNERSHIP ___

☐ **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

☐ **(6) S.O.S/D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

☐ **(7) CERTIFIED MAIL**

**** COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT ****

☐ **(8)** AND BY MAILING ON THE ___ DAY OF _____ 20 ___ A COPY OF THE THIRD PARTY GARNISHMENT/CITATON SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

| | | |
|---|---|---|
| ☐ (01) NO CONTACT | ☐ (05) WRONG ADDRESS | ☐ (09) DECEASED |
| ☐ (02) MOVED | ☐ (06) NO SUCH ADDRESS | ☐ (10) NO REGISTED AGENT |
| ☐ (03) EMPTY LOT | ☐ (07) EMPLOYER REFUSAL | ☐ (11) OUT OF COOK COUNTY |
| ☐ (04) NOT LISTED | ☐ (08) CANCELLED BY PLAINTIFF ATTY | ☐ (12) OTHER REASON (EXPLAIN) |

**EXPLANATION:**

**WRIT SERVED ON:** DERRICK HACKETT           **ATTEMPTED SERVICES**
**SEX:** M  **RACE:** BL  **AGE:** 30           Date    Time    Star #
**THIS** 23 **DAY OF** July 20 21
**TIME:** 2:32 PM

THOMAS J. DART,
SHERIFF, BY: /S/  HALVORSON, KYLE #10446           , DEPUTY



**SHERIFF'S OFFICE OF COOK COUNTY**
**AFFIDAVIT OF SERVICE**

**CASE NUMBER:** 2021L007242  **SHERIFF NUMBER:** 50091814  **MULT. SER.:** 2  **DOC. TYPE:** LAW
**DIE DATE:** 08/08/2021  **RECEIVED DATE:** 07/21/2021  **FILED DATE:** 07/16/2021  **DIST:** 604

| Date | Time | Star # |
|---|---|---|